IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TILLIE RUTH WALLEY TREST STEEPLES,

    Petitioner,
v.                                             CASE NO. 4:07-cv-00384-MP-WCS

WARDEN PAIGE AUGUSTINE,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to state a claim. The time for filing objections has passed, and none have been filed. The Court agrees that Petitioner is not entitled to credit for time served for the period she was confined to house arrest awaiting sentencing. Also, her claims regarding whether a "split sentence" should have been imposed are not properly brought under 28 U.S.C. § 2241 but must be brought under § 2254. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *7th* day of March, 2008

                                   *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge